# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
November 14, 2018

Lyle W. Cayce
Clerk

No. 17-10478

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

LATROY LEON BURRIS,

Defendant - Appellant

Appeal from the United States District Court
for the Northern District of Texas

Before WIENER, GRAVES, and HO, Circuit Judges.

PER CURIAM:

The opinion issued on August 3, 2018 is hereby WITHDRAWN, pending the decision of the en banc court in No. 16-41218, *United States v. Reyes-Contreras*.